IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARKETS-ALERT PTY. LTD., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BLOOMBERG FINANCE L.P., et al, )<br>)<br>Defendants. )<br>) | Civil Action No. 12-780-GMS |
| MARKETS-ALERT PTY. LTD., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE CHARLES SCHWAB CORP., et al, )<br>)<br>Defendants. )<br>) | Civil Action No. 12-781-GMS |
| MARKETS-ALERT PTY. LTD., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>E*TRADE CLEARING LLC, et al, )<br>)<br>Defendants. )<br>) | Civil Action No. 12-782-GMS |
| MARKETS-ALERT PTY. LTD., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TD AMERITRADE HOLDING CORP., et al, ) | Civil Action No. 12-783-GMS |

|  |  |
|---|---|
| Defendants. ) <br> ────────────────────── ) <br> ) <br> MARKETS-ALERT PTY. LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> OM SECURITIES, LLC d/b/a ) <br> TRADE MONSTER, et al, ) <br> ) <br> Defendants. ) <br> ────────────────────── ) <br> ) <br> MARKETS-ALERT PTY. LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ESIGNAL.COM, INC., et al, ) <br> ) <br> Defendants. ) <br> ────────────────────── ) | Civil Action No. 12-784-GMS <br><br><br><br><br><br> Civil Action No. 12-785-GMS |

## ORDER

WHEREAS, on February 5, 2013, the court stayed the above-captioned actions pending resolution of the post-grant review proceedings for the sole patent-in-suit, U.S. Patent No. 7,941,357 (the '357 patent"), under the Transitional Program for Covered Business Method Patents;

WHEREAS, On March 26, 2014, the Patent Trial and Appeal Board ("PTAB") issued a Final Written Decision that cancelled all claims of the '357 patent and denied Markets-Alert's motion to add amended claims;[1]

---

[1] *See, e.g.*, No. 12-780, D.I. 33, Ex. A at 24.

2

WHEREAS, the '357 patent is now irrevocably invalid because Markets-Alert did not seek reconsideration of the PTAB Final Written Decision and did not file a timely appeal with the Federal Circuit by May 28, 2014;[2]

WHEREAS, on June 16, 2014, the above-captioned defendants filed Motions to Dismiss based upon PTAB's cancellation of all claims because the above-captioned actions relate only to the assertion of the now-invalid '357 patent;[3]

WHEREAS, Markets-Alert did not file an answering brief to the motions to dismiss within the timeframe per the local rules;

WHEREAS, the court, having considered the instant motions and applicable law, grants the defendants' motions on the grounds that Markets-Alert no longer has a viable cause of action against the defendants;[4]

IT IS HEREBY ORDERED that:

1. The defendants' Motions to Dismiss (No. 12-780, D.I. 36; No. 12-781, D.I. 56; No. 12-782, D.I. 37; No. 12-783, D.I. 37; No. 12-784, D.I. 31; and No. 12-785, D.I. 40) are GRANTED WITH PREJUDICE; and

2. The Clerk is directed to CLOSE the above-captioned cases.

Date: July 6, 2014

_____
UNITED STATES DISTRICT JUDGE

---

[2] *See, e.g.*, No. 12-780, D.I. 35.
[3] *See, e.g.*, No. 12-780, D.I. 36.
[4] *See Fresenius USA, Inc. v. Baxter Int'l. Inc.*, 721 F.3d 1330, 1347 (Fed. Cir. 2013) (finding patentee no longer had a viable cause of action against defendant where PTO had cancelled the remaining claims at issue).